IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AMERICAN WEIGHT LOSS CLINIC,    )
       PLAINTIFF,    )
VS.    )    CV01-H-2477-S
CYTODYNE TECHNOLOGIES, INC.;    )
RESEARCH TRIANGLE LABORATORIES,
INC.,    )
       DEFENDANTS.    )

**ENTERED**
OCT 12 2001

## MEMORANDUM OF DECISION

On October 1, 2001 plaintiff filed a complaint seeking to invoke this court's diversity jurisdiction under 28 U.S.C. § 1332. While the complaint contains allegations related to the citizenship of the three corporate parties in three separate places (paragraphs 1, 2, and 3; paragraphs 10, 11 and 12; and paragraphs 13, 14 and 15), it fails to contain allegations sufficient to establish complete diversity regarding the dual citizenship of the three parties.[1] On October 3, 2001 the court entered an order striking the complaint for failing to contain allegations sufficient to confer jurisdiction upon this court, without prejudice to plaintiff filing by October 10, 2001 an

---

[1] One of the attorneys signing the complaint is not admitted to practice in this court and he was advised on October 2, 2001 by the clerk of court that he must either be admitted or have permission to appear pro hac vice within ten days of filing the pleading.

amended complaint. On October 10, 2001 an amended complaint was filed which contains no better allegations sufficient to confer jurisdiction upon this court.[2]

    The complaint and the amended complaint both failing to have allegations which would give the court jurisdiction of this action, a separate order of dismissal, without prejudice, will be entered.

    DONE this  11th  day of October, 2001.

                                         /s/ James H. Hancock
                                       SENIOR UNITED STATES DISTRICT JUDGE

---

[2] This amended complaint is also signed by the same non-admitted attorney.

2